## IVER WOLD v. J. B. COLT COMPANY.[1]

November 29, 1907.

Nos. 15,303—(31).

Action in the district court for Beltrami county to recover $1,997 for personal injuries. From an order, McClenahan, J., granting defendant's motion to set aside and vacate the service of summons, plaintiff appealed. Affirmed.

*Chester McKusick,* for appellant.

*How, Butler & Mitchell* and *Spencer, Ordway & Wierum,* for respondent.

PER CURIAM.

This case is controlled by the case of Wold v. J. B. Colt Co., supra, page 386, 114 N. W. 243.

The order appealed from is affirmed.